PS 8
(Rev. 12/04)

United States Courts
Southern District of Texas
FILED
*February 28, 2017*
David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
for
Western District Of Texas

FILED
FEB 21 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

H 17-0245M

U.S.A. vs. Leslie Anne Patterson

Docket No.

[0542 5:16CR00511]-[002]

## Petition for Action on Conditions of Pretrial Release

COMES NOW Gilbert Maldonado, pretrial services/probation officer, presenting an official report upon the conduct of defendant Leslie Anne Patterson

who was placed under pretrial release supervision by the Honorable Stephen W. Smith, sitting in the court at Houston, Texas on the 16th date of December, 2016 under the following conditions:

> Please see Appearance Bond and Order Setting Conditions of Release dated December 16, 2016. Pretrial Services respectfully alleges the defendant has violated condition 8(p) which states the defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> On January 12, 2017, the defendant reported to our office in Houston, Texas and submitted a urine sample that subsequently tested positive for amphetamine. In addition, the defendant provided urine samples on January 18, 2017 and January 23, 2017 which tested positive for amphetamine. The defendant denied any use of illegal drugs. The specimens were sent to an independent laboratory and were confirmed positive for methamphetamine.
>
> Assistant U.S. Attorney Priscilla Garcia was contacted and is in agreement with this recommendation.

PRAYING THAT THE COURT WILL ORDER that a warrant be issued for the defendant's arrest so that she can be brought before the Court to show why her bond should not be revoked.

ORDER OF COURT
Considered and ordered this 21st day of February 2017 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 02/14/2017

_____
U.S. Pretrial Services/Probation Officer

Place  Federal Building
727 East Cesar E. Chavez Boulevard, Rm B-636
San Antonio, TX 78206

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Leslie Anne Patterson | ) | Case No. SA-16-CR-511-002-FB |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

*U.S. MARSHALS RECEIVED FEB 22 2017 SAN ANTONIO, TX ENFORCEMENT SECTION*

## ARREST WARRANT

To: Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Leslie Anne Patterson

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☑ Order of the Court

This offense is briefly described as follows:

See attached petition.

Date: 02/22/2017

*Issuing officer's signature*

City and state: San Antonio, Texas

Monica Granados-Ramos, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

FJD: 1012532O